**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CHANDRA MICHELLE BEAN,

Plaintiff,

v. Case No.: 3:26-cv-00062-TJC-PDB

SHAWN D. GASAWAY and KLLM TRANSPORT SERVICES, LLC,

Defendants.
_____________________________________/

**ORDER**

**THIS CASE** is before the Court on Defendants' Motion to Dismiss Count III of Plaintiff's Amended Complaint.[1] Doc. 16. The matter arises from a tractor-trailer accident. Defendant KLLM Transport Services, LLC, employed Defendant Shawn Gasaway as a tractor-trailer driver at the time of the alleged incident. Plaintiff, Chandra Michelle Bean, alleges the tractor-trailer she was operating was parked when the tractor-trailer operated by Gasaway collided with hers, injuring her.

The amended complaint has three counts. Count I alleges Gasaway was negligent. Count II alleges KLLM is vicariously liable for Gasaway's negligence.

---

[1] The Court is satisfied the amended complaint addresses the shotgun problem. See Doc. 11.

Count III alleges KLLM is liable for negligent hiring, retention, and supervision of Gasaway. Defendants only seek to dismiss Count III, largely on the grounds it is duplicative of Count II, because KLLM has "acceded to vicarious liability" for Gasaway's alleged negligence. Doc. 16 at 3.

Jurisdiction here is based on diversity, so the Court must apply Florida law. The law of Florida is unsettled on this issue. See Jackson v. Shipes, Case No. 4:25-cv-225, 2026 WL 915466 (N.D. Fla. Feb. 27, 2026). The Court will deny the motion to dismiss for now, and take up the issue later in the case as necessary.

Accordingly, it is hereby

**ORDERED:**

1. Defendants' Motion to Dismiss Count III of Plaintiff's Amended Complaint is **DENIED**.

2. No later than **September 22, 2026**, Defendants shall file an amended answer to the Amended Complaint that includes its answer to Count III.

3. In all other respects, the parties shall continue to be governed by the deadlines and settings in the Case Management and Scheduling Order (Doc. 19).

**DONE AND ORDERED** in Jacksonville, Florida the 3rd day of September, 2026.

Timothy J. Corrigan

TIMOTHY J. CORRIGAN
Senior United States District Judge

s.
Copies:
Counsel of record